# Madden, Appellant, *v.* Penn Electric Light Company.

*Corporations—Foreign corporations—Internal management — Jurisdiction.*

The courts of Pennsylvania will not take jurisdiction of matters relating to the internal management of a foreign corporation on a dispute between such corporation and one or more of its own stockholders.

Submitted March 25, 1901. Appeal, No. 340, Jan. T., 1901, by plaintiff, from decree of C. P. No. 4, Phila. Co., Dec. T., 1899, No. 1377, dismissing bill in equity in case of James Madden, Administrator of Stephen Madden, v. The Penn Electric Light Company and the Philadelphia Electric Company. Before MITCHELL, FELL, BROWN, MESTREZAT and POTTER, JJ. Affirmed.

Bill in equity for a receiver and for an accounting.
The court sustained a demurrer and dismissed the bill.

*Error assigned* was in dismissing the bill.

*James W. M. Newlin,* for appellant.

*R. Stuart Smith* and *Charles E. Morgan, Jr.,* for appellees.

OPINION BY MR. JUSTICE MITCHELL, May 27, 1901:
This is an effort to avoid the effect of the decision in Madden v. The Penn Electric Light Co., 181 Pa. 617, by variation or omission of some of the averments of the bill in that case, and thus to get a rehearing of the same matters. But the substantial ground of action is the same and falls within the prin-

ciple of that case, that the courts of Pennsylvania will not take jurisdiction of matters relating to the internal management of a foreign corporation, on a dispute between such corporation and one or more of its own stockholders.

Decree affirmed.